DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08-cr-355-GGH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | Date:  November 3, 2008 |
| | ) | Time:  9:00 a.m. |
| ADRIAN M. WATSON, | ) | Judge: Hon. Gregory G. Hollows |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, through S. Robert Tice-Raskin, Assistant United States Attorney, together with defendant, Adrian M. Watson, through his counsel, Michael Petrik, Jr., request that the Court continue the trial confirmation hearing set for November 3, 2008, at 9:00 a.m., to November 17, 2008, at 9:00 a.m., and set the jury trial in this matter for March 16, 2009, at 9:00 a.m.

The parties further agree that the time period from the date of this order through March 16, 2009, should be excluded to allow defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence.

The parties further agree that the ends of justice served by granting defendant's request for a continuance outweigh the best

1  interest of the public and the defendant in a speedy trial, and that

2  for the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

3  § 3161, et seq., within which trial must commence, the noted time

4  period should be deemed excludable pursuant to 18 U.S.C. §

5  3161(h)(8)(B)(iv), [Local Code T4].

7  Dated: November 3, 2008            Respectfully submitted,

8                                     DANIEL J. BRODERICK
                                       Federal Defender
9
                                       /s/ M. Petrik
10                                     _____
                                       MICHAEL PETRIK, Jr.
11                                     Staff Attorney/Misdemeanor Unit

13  Dated: November 3, 2008            MCGREGOR W. SCOTT
                                       United States Attorney
14
                                       /s/ Matthew Stegman for
15                                     _____
                                       S. ROBERT TICE-RASKIN
16                                     Assistant U.S. Attorney

18                            **O R D E R**

19      **IT IS SO FOUND AND ORDERED.**

21  Dated: November 5,2008         /s/ Gregory G. Hollows
                                   _____
22                                 GREGORY G. HOLLOWS
                                   United States Magistrate Judge
23  watson.eot