```
DANIEL BRODERICK, Bar # 89424
Federal Defender
MICHAEL PETRIK, JR., Bar #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN WATSON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ADRIAN WATSON,<br><br>            Defendant. | Cr.S. 08-355-GGH<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND THE SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT<br><br>Date:  March 30, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

The United States Attorney through their respective counsel, Matthew Stegman, Assistant United States Attorney, and Michael Petrik, Jr., Attorney for Adrian Watson, hereby stipulate that the Judgment & Sentencing currently set for February 23, 2009, at 9:00 a.m., be continued to March 30, 2009, at 9:00 a.m.

The following will be the new presentence report schedule:

Presentence Report disclosed . . . . . . . . . . February 23, 2009

Counsel's Written Objections to the Presentence
Report Shall be Delivered to the Probation Officer
and Opposing Counsel no Later Than   . . . . . . . . March 9, 2009

The Presentence Report Shall be Filed with the
Court and Disclosed to Counsel no Later Than . . . March 16, 2009

```
    Motion for Correction of the Presentence Report
    Shall be Filed with the Court and Served on the
    Probation Officer and Opposing Counsel no
    Later Than  . . . . . . . . . . . . . . . . . . . .  March 23, 2009
```

United States Probation Officer, Jeff Oestreicher, has no objection to the new scheduled dates.

```
Dated:   January 8, 2009           Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/  M. Petrik
                                   _____
                                   MICHAEL PETRIK, JR.
                                   Staff Attorney
                                   Attorneys for Defendant
                                   ROY E. PEREZ


Dated: January 8, 2009             LAWRENCE G. BROWN
                                   Acting United States Attorney

                                   /s/ Matthew Stegman
                                   _____
                                   MATTHEW STEGMAN
                                   Assistant U.S. Attorney
```

**O R D E R**

IT IS SO ORDERED.

```
Dated: January 13, 2009
                         /s/ Gregory G. Hollows
                         _____
                             GREGORY G. HOLLOWS
                             United States Magistrate Court
```

watson355.eot