| | |
|---|---|
| 1 | DANIEL BRODERICK, #89424 |
|   | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
|   | Staff Attorney/Misdemeanor Unit |
| 3 | Designated Counsel for Service |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
|   | Telephone: (916) 498-5700 |

Attorneys for Defendant
ADRIAN WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            ) No. 08-355-GGH
                                     )
            Plaintiff,                ) STIPULATION AND ORDER TO CONTINUE
                                     ) SENTENCING AND SCHEDULE FOR
     v.                              ) DISCLOSURE
                                     )
ADRIAN WATSON,                       ) Date: May 11, 2009
                                     ) Time: 2:00 p.m.
            Defendant.                ) Judge: Hon. Gregory G. Hollows
_____ )

The United States, through its counsel, Matthew C. Stegman, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Adrian Watson, stipulate and request that the Court continue the sentencing set for May 11, 2009, at 2:00 p.m., to June 16, 2009, at 9:00 a.m.

The parties stipulate to the following disclosure schedule:

Draft Presentence Report Disclosed . . . . . . . . . . . . May 11, 2009;

Counsel's Written Objections Delivered
To Probation And Opposing Counsel No Later Than   . . . May 26, 2009;

Presentence Report Filed With The Court
And Disclosed To Counsel No Later Than . . . . . . . . . June 1, 2009;

/ / /

STIPULATION AND [PROPOSED ORDER]        1                        08-355-GGH

Motion For Correction Of Presentence Report
Filed With The Court And Served On Probation
And Opposing Counsel No Later Than . . . . . . . . . . . June 8, 2009.

United States Probation Officer, Jeff Oestreicher, has no objection to the new scheduled dates.

Dated: April 2, 2009  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, JR.
Staff Attorney/Misdemeanor Unit

Dated: April 2, 2009  LAWRENCE G. BROWN
Acting United States Attorney

/s/ Matthew C. Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: April 8, 2009
/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Court

watson355.eot2

STIPULATION AND [PROPOSED ORDER]  2  08-355-GGH