| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:08-cr-355 (GGH) |
| v. | ) | |
| | ) | |
| ADRIAN M. WATSON | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      () Ad Testificandum

Name of Detainee: Adrian M. Watson
Detained at (custodian): Sutter County Jail
Detainee is:    a.)    (X) charged in this district by: () Indictment (X) Information () Complaint
         charging detainee with: 18 U.S.C. §113(a)(5)-Simple Assault;
         18 U.S.C. §1361-Depredation of Government Property
   or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
   or    b.)    () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on July 13, 2009, at 9:00 a.m., in the Eastern District of California for judgement and sentencing.*

| | |
|---|---|
| Signature: | /s/ Matthew C. Stegman |
| Printed Name & Phone No: | Matthew C. Stegman; (916) 554-2793 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum      () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on July 13, 2009 at 9:00 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 18, 2009

/s/ Gregory G. Hollows

watson.wrt          United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male (X) Female () |
| Booking or CDC #: | 60172 | DOB: 08/22/1985 |
| Facility Address: | 1077 Civic Center Blvd. | Race: Caucasian |
| | Yuba City, California 95933 | FBI #: 851554KC7 |
| Facility Phone: | (530) 822-7302 | |
| Currently Incarcerated For: | False Imprisonment | |

### RETURN OF SERVICE

Executed on _____      By: _____
                                                        (Signature)